IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT MAHAFFEY | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 3:22-cv-00341 |
| | ) | |
| TIKI PLAZA, LTD. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice

of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: December 20, 2022           Respectfully submitted,

                          BY:      */S/   R. Bruce Tharpe*
                                   R. Bruce Tharpe
                                   Texas State Bar ID No. 19823800
                                   Colorado State Bar ID No. 54500
                                   Federal Bar ID 13098

                                   **LAW OFFICE OF
                                   R. BRUCE THARPE, PLLC**
                                   PO Box 101
                                   Olmito, TX 78575
                                   (956) 255-5111 (Tel)

                                   ATTORNEY OF RECORD FOR
                                   PLAINTIFF ROBERT MAHAFFEY

CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on December 20, 2022, this notice
was served on all parties of record via the U.S. District Court TXSD electronic case filing
system. A copy of this notice was also mailed to Defendant, who has not yet made an
appearance in this case.

                                   */s/ R. Bruce Tharpe*
                                   R. BRUCE THARPE,
                                   ATTORNEY OF RECORD FOR
                                   PLAINTIFF ROBERT MAHAFFEY